# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SHELLEY A. TERLECKI,**

        Plaintiff,

    V.                    CASE NUMBER: **07-C-535**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the joint motion of the plaintiff and defendant for Remand for Further Proceedings is GRANTED. This case is REMANDED to the Commissioner of the Social Security Administration for further proceedings pursuant to Rule 4 of 42 U.S.C. § 405(g).**

    **This action is hereby DISMISSED.**

| | |
|---|---|
|    September 26, 2007 |  JON W. SANFILIPPO |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |