# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

**SHELLEY A. TERLECKI,**

        Plaintiff,

     V.                            CASE NUMBER: **07-C-535**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the joint motion of the plaintiff and defendant for Remand for Further Proceedings is GRANTED. This case is REMANDED to the Commissioner of the Commissioner of the Social Security Administration for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).**

**Plaintiff's Motion for Attorney Fees is GRANTED in the sum of $3,515.25.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **January 22, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |